UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 3:14-cv-472-J-32PDB

HEATHER BOULAIS,

    Defendant.

## O R D E R

This case is before the Court on the Plaintiff United States of America's Motion for Entry of Default Judgment (Doc. 8), filed on June 9, 2014.  On August 4, 2014, the assigned United States Magistrate Judge issued a Report and Recommendation that the motion be granted and that default judgment be entered in favor of the plaintiff and against Defendant Heather Boulais.  (Doc. 9.)

Neither party has filed an objection to the Report and Recommendation, and the time in which to do so has passed.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); M.D. Fla. R. 6.02(a).  Upon independent review of the file and for the reasons stated in the Report and Recommendation (Doc. 9), it is hereby

**ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 9) is **ADOPTED** as the opinion of the Court.

2. The Motion for Entry of Default Judgment (Doc. 8) is **GRANTED in part** and **DENIED in part**.

3.     The Motion is **GRANTED** to the extent that judgment is to be entered in favor of the United States and against Defendant in the following amounts: $1,561.44 in unpaid principal; $2,728.17 in prejudgment interest as of June 4, 2014; prejudgment interest accruing on the unpaid principal at the rate of 8 percent per year ($0.34 per day) beginning on June 5, 2014 through the date judgment is entered; post-judgment interest accruing at the legal rate established by 28 U.S.C § 1961; $840.00 in attorney's fees; and $45.00 in costs.

4.     Consistent with paragraph 3, the Clerk of Court should enter judgment in favor of Plaintiff United States of America and against Defendant Heather Boulais in the amount of $5,208.61, plus post-judgment interest at the legal rate established by 28 U.S.C. § 1961.

5.     The remainder of the Motion is **DENIED**.

6.     The Clerk of Court is further directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of September, 2014.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record

Heather Boulais
5744 Summerall Rd.
Jacksonville, FL 32216